**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR RECONSIDERATION EN BANC

Appellate case name:     In re Carolyn Frost Keenan

Appellate case number:   01-15-00581-CV

Trial court case number: 2014-03190

Trial court:             133rd District Court of Harris County

Date motion filed:       7/27/15

Party filing motion:     Relator

It is ordered that the motion for reconsideration en banc is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/ _____**Rebeca Huddle**_____
                   ☒ Acting for the Court

Panel consists of: Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, and Huddle.

Date:  August 27, 2015